COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| NEJLA BOTRIE, | | No. 08-16-00200-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 353rd District Court |
| | § | |
| WINDRIDGE INVESTORS, LLC, | | of Travis County, Texas |
| | § | |
| Appellee. | | (TC# D-1-GN-13-003460) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF SEPTEMBER, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.